**255-15**

# ELECTRONIC RECORD

COA # 02-14-00489-CR   OFFENSE: 64.01

STYLE: Darrell Wayne Phillips v. The State of Texas   COUNTY: Tarrant

COA DISPOSITION: DISMJR   TRIAL COURT: 213th District Court

DATE: 01/22/15   Publish: NO   TC CASE #: 0557784D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Darrell Wayne Phillips v. The State of Texas   CCA #: **255-15**

___PRO SE___ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

REFUSED   JUDGE: _____

DATE: 04/22/2015   SIGNED: _____   PC: _____

JUDGE: Per Curiam   PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**